

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
    11th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7000

7  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANKLIN S. CIBULA CORPORATION, ) <br> MARK H. CIBULA as Executor of the ) <br> Estate of Franklin S. Cibula, ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> TREASURY, INTERNAL REVENUE ) <br> SERVICE, SHERMAN M. UNELL, Trustee) <br> of the Sherman M. Unell Declaration of ) <br> Trust dated 2/14/1986, and ROES 1 to 50. ) <br> ) <br> Defendants. | **Case No. 11-CV-05383-LHK** <br><br> **REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** <br><br> Date: January 25, 2012 <br> Time: 2:00 p.m. |

Plaintiff, Franklin S. Cibula Corporation and Mark H. Cibula, Executor, and Defendants, United States Department of Treasury, Internal Revenue Service, and the real party in interest, United States of America, and Sherman M. Unell, hereby request permission to appear telephonically at the case management conference scheduled for January 25, 2012, at 2:00 p.m. before the Honorable Lucy H. Koh.

//

//

//

1
2   MELINDA HAAG
    United States Attorney
3
4    /s/ Cynthia Stier
    CYNTHIA STIER
    Counsel for United States of America,
5       United States Department of Treasury,

6    /s/
    KENT MEYER
7   Attorney At Law
    10 Chip Shot Ct.
8   Roseville, CA 95678
    Tele: 877-220-5315
9   Attorney for Franklin Cibula Corp.
        and Mark Cibula
10

11   /s/
    JOHN A. CHRISTERSON
12  Law office of John Christerson
    311 Bonita Ave.
13  Aptos, CA 95003
    Tele: 831-662-8444
14  Jchristers@aol.com
    Attorney for Defendant, Sherman M. Unell
15
16
17
18
19
20
21
22
23
24
25
26
27  *Franklin S. Cibula Corp. v. US, et al,*
    *Request to Appear Telephonically for CMC,*
28  *Case No. 11-cv-05383-LHK*