UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANKLIN S. CIBULA CORPORATION, MARK H. CIBULA as executor of THE ESTATE OF FRANKLIN S. CIBULA,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, SERMAN M. UNELL, Trustee of the Sherman M. Unell Declaration of Trust dated 2/14/1986, and ROES 1 TO 50,<br><br>Defendants. | Case No.: 5:11-cv-05383-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement no later than 7 days in advance of the initial case management conference set for January 25, 2012, as required pursuant to Civil Local Rule 16-9(a) and Federal Rule of Civil Procedure 26(f).  The parties are hereby ORDERED to file one joint case management statement by no later than Monday, January 23, 2012, at noon.

**IT IS SO ORDERED.**

Dated: January 19, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 5:11-cv-05383-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT