UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANKLIN S. CIBULA CORPORATION, MARK H. CIBULA as executor of THE ESTATE OF FRANKLIN S. CIBULA, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, SHERMAN M. UNELL, Trustee of the Sherman M. Unell Declaration of Trust dated 2/14/1986, and ROES 1 TO 50, <br><br> Defendants. | Case No.: 5:11-cv-05383-LHK <br><br> ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFING RE: JOINDER OF PARTIES |

At the initial case management conference held in this matter on January 25, 2012, the Court asked the parties to address whether Dr. and Galina Milton, whom the U.S. Department of Treasury, Internal Revenue Service contends are the real beneficial owners of the property at issue, are necessary and indispensable parties to this quiet title action, pursuant to Federal Rule of Civil Procedure 19.  The Court hereby ORDERS each party to file a brief addressing this question, not to exceed four pages per side, by April 4, 2012.

**IT IS SO ORDERED.**

Dated: January 25, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 5:11-cv-05383-LHK
ORDER TO FILE SUPPLEMENTAL BRIEFING RE: JOINDER OF PARTIES