United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANKLIN S. CIBULA CORPORATION, MARK H. CIBULA as executor of THE ESTATE OF FRANKLIN S. CIBULA,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, SHERMAN M. UNELL, Trustee of the Sherman M. Unell Declaration of Trust dated 2/14/1986, and ROES 1 TO 50,<br><br>Defendants. | Case No.: 5:11-cv-05383-LHK<br><br>ORDER |

Pursuant to the Court's January 25, 2012 Case Management Order, Plaintiffs filed a Status Update Report on February 9, 2012, regarding the possible dismissal of Sherman Unell from this suit. Plaintiffs' request for an extension to determine whether to dismiss Sherman Unell from this action is GRANTED. By February 24, 2012, Plaintiffs shall either dismiss Sherman Unell from this case or file a status report stating it does not intend to do so.

**IT IS SO ORDERED.**

Dated: February 17, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 5:11-cv-05383-LHK
ORDER