1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
   11th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6   Telephone: (415) 436-7000

7  Attorneys for the United States of America

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

| | |
|---|---|
| FRANKLIN S. CIBULA CORPORATION, MARK H. CIBULA as Executor of the Estate of Franklin S. Cibula, <br><br>         Plaintiffs <br><br>    v. <br><br> UNITED STATES DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, SHERMAN M. UNELL, Trustee of the Sherman M. Unell Declaration of Trust dated 2/14/1986, and ROES 1 to 50. <br><br>         Defendants. | Case No. 11-CV-05383-LHK <br><br> **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL** |

    IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED

by and between the Plaintiff, Franklin S. Cibula Corp. and Mark H. Cibula, Executor, and

Defendants, United States Department of Treasury, IRS, and the real party in interest, United

States of America, as reflected by the signatures of their respective counsel as set forth below:

    1. That the parties have entered into a settlement which resolves this case in its entirety.

    2. That the parties request a period of ninety days to consummate all settlement terms,

which includes the sale of properties and a payment from those sales.

    3. That this action, be dismissed with prejudice, provided however, that if either party

notifies this Court on or before ninety-days from entry of an Order of Dismissal of this case,

that the settlement has not been consummated, then this order shall stand vacated and this case shall forthwith be restored to the calender and a case management conference scheduled.

4. That the Court retain jurisdiction over this matter for the purpose of enforcing the terms of the settlement, including entry of judgment, if necessary. See Kokonen v. Guardian Life Ins. of America, 511 U.S. 375 (1994).

5. The parties agree to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

IT IS SO STIPULATED:

        MELINDA HAAG
        United States Attorney

        CYNTHIA STIER
        Assistant U.S. Attorney
        Attorneys for the United States of America
        Tax Division

        KENT W. MEYER
        Attorney at Law
        10 Chip Shot Ct.
        Roseville, CA 95678
        Attorney for Franklin S. Cibula &
         Mark Cibula

## ORDER

Upon the stipulation of Plaintiff, Franklin S. Cibula Corp. and Mark H. Cibula, Executor, and Defendants, United States Department of Treasury, IRS, and the real party in interest, United States of America, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is HEREBY ORDERED, ADJUDGED and DECREED that this action is hereby dismissed with prejudice, provided however, that if either party notifies this Court on or before September 24, 2012, that the settlement has not been consummated, then this order shall stand vacated and this case shall forthwith be restored to the calender and a case management conference scheduled.

Franklin S. Cibula, et al, v. United States Dept.
of Treasury, et al., US, Case No. 11-5383-LHK
Stip. Of Dismissal and [proposed] Order

IT IS FURTHER ORDERED that this Court retains jurisdiction over this matter for the purpose of enforcing the terms of the settlement, including entry of judgment, if necessary. See <u>Kokonen v. Guardian Life Ins. of America</u>, 511 U.S. 375 (1994). The Clerk shall close the file.

**ORDERED** this ___25___ day of _____June_____, 2012, at San Jose, California.

*Lucy H. Koh*
HONORABLE LUCY H. KOH
United States District Judge

Franklin S. Cibula, et al, v. United States Dept. of Treasury, et al., US, Case No. 11-5383-LHK
**Stip. Of Dismissal and [proposed] Order**